946 A.2d 1022

IN THE MATTER OF LINDA M. SERRANO,
AN ATTORNEY AT LAW.

May 5, 2008.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **LINDA M. SERRANO, of UNION,** who was admitted to the bar of this State in 1992, and who was suspended from the practice of law for a period of eighteen months effective April 6, 2006, by Order of this Court filed October 24, 2007, be restored to the practice of law, effective immediately.